UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00163 |
| | ) | JUDGE SHARP |
| WENDY STUBBLEFIELD | ) | |

**O R D E R**

Pending before the Court is the Government's Motion to Continue Sentencing (Docket No. 17).

The motion is GRANTED and the sentencing hearing set for March 20, 2015, is hereby reset for Friday, May 8, 2015, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE